IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80219 WHA

IN THE MATTER OF

**ORDER OF SUSPENSION**

Daniel Burt Halpern - #189336

     Because Daniel Burt Halpern has failed to respond to the order to show cause, Mr. Halpern's membership in the bar of this Court is hereby **SUSPENDED**.

     **IT IS SO ORDERED.**

Dated: December 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE